IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No.: 14-cv-21-bbc

$3,866.00 UNITED STATES CURRENCY,

        Defendant.

---

ORDER FOR DEFAULT JUDGMENT

---

The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture *in rem* against the defendant $3,866.00 United States Currency.

The complaint alleges that the defendant was money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.* As such, the defendant is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this action was accomplished by service to all persons known by the government to have an interest in the defendant. Notice of the forfeiture complaint was also published on the official internet government forfeiture site www.forfeiture.gov from March 4, 2014, through April 2, 2014.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a final default judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Final Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant, is conveyed to the Plaintiff, United States of America.

2. The defendant is to be disposed of according to law.

DATED: June 5, 2014

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge

Entered this 9th day of June ~~May~~ 2014.

*Peter Oppeneer*
PETER OPPENEER, Clerk of Court
United States District Court